TIMOTHY F. HUNTER, ESQ.
Nevada Bar No. 010622
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV  89113
Tel:     (702) 479-4350
Fax:    (702) 270-4602
tfhunter@travelers.com

Attorney for Defendants,
**JFC INTERNATIONAL, INC.;**
**MASAKAZU KANEDA**

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

FREDY OLVERA-MARTINEZ,

            Plaintiff,

vs.

JFC INTERNATIONAL, INC.; MASAKAZU
KANEDA and DOES I through X, inclusive,

            Defendants.

**CASE NO.:**

### NOTICE OF REMOVAL

Defendants, JFC INTERNATIONAL, INC. (hereinafter "JFC") and MASAKAZU KANEDA (hereinafter "Kaneda"), by and through its undersigned counsel, pursuant to 28 U.S.C. §§1332, 1441, and 1446 hereby notifies this Court that it is removing the above-captioned action currently pending in Eighth Judicial District Court of the State of Nevada in and for the County of Clark to the United States District Court for the District of Nevada.  In support of this Notice of Removal, JFC and Kaneda state as follows:

        1.      Plaintiff, FREDY OLVERA-MARTINEZ (hereinafter "Plaintiff") filed his First Amended Complaint against JFC and Kaneda in Department XXVI of the Eighth Judicial District Court in Clark County Nevada, on May 2, 2017 (hereinafter "State Court Action").  Included with the Amended Complaint, Plaintiff has alleged that he has incurred $249,451.66 in damages.

1

2.     A true and correct copy of Plaintiff's First Amended Complaint filed in the State Court Action are attached hereto as Exhibit "A."  There are no matters currently pending in the State Court Action that require resolution by this Court.

6.     The basis for removal to federal court is diversity jurisdiction pursuant to 28 U.S.C. §1332, because (1) there is complete diversity of citizenship between Plaintiff, JFC, and Kaneda; and (2) the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

7.     In accordance with 28 U.S.C. §1446(d) JFC and Kaneda have contemporaneously filed a copy of this Notice of Removal with the Clerk of the Eighth Judicial District Court in Clark County, Nevada and has also provided written notice to Plaintiff by contemporaneously serving this Notice of Removal on Plaintiff's counsel, a copy of which is attached hereto as Exhibit "B."

8.     As required by 28 U.S.C. §1441, JFC and Kaneda are removing this action to the United States District Court for the District of Nevada, which is the District Court embracing the place where the State Court Action has been filed.

## DIVERSITY OF CITIZENSHIP

9.     Plaintiff is a resident of Clark County, Nevada.

10.    JFC is organized and existing under the laws of the California, with its principal place of business in California.

11.    Kaneda is a resident of the State of California.

12.    Accordingly, complete diversity of citizenship existed between Plaintiff, JFC, and Kaneda at the time Plaintiff's State Court Action was filed, and complete diversity of citizenship exists at the time of removal.

13.    Venue lies in the Court because Plaintiff's action is pending in this district and division. *See*, 28 U.S.C. §1441(a).

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

2

1

**AMOUNT IN CONTROVERSY**

2

14.     As required by 28 U.S.C. §1332, the amount in controversy in this matter

3

exceeds $75,000.00, exclusive of interest and costs.

4

15.     Plaintiff's First Amended Complaint states, "[p]resently he is recommended for

5

6

back surgery.  And presently the total amount of know special damages is $249,451.66 with

7

additional special damages being incurred."

8

16.     Based upon the foregoing, JFC and Kaneda have met its burden of showing that

9

the amount in controversy exceeds the jurisdiction requirement of $75,000.00.

10

17.     Since complete diversity exists between Plaintiff, JFC, and Kaneda, and because

11

Plaintiff is seeking damages in excess of the $75,000.00 jurisdictional threshold, JFC and

12

Kaneda may remove this action pursuant to 28 U.S.C. §§ 1332 and 1441(b).  This action is one

13

over which the United States District Courts have original jurisdiction by reason of the diversity

14

of citizenship of the parties.

15

18.     Furthermore, this Notice of Removal is timely as it is being filed less than twenty

16

17

(20) days after service of the Summons and Complaint upon JFC and Kaneda.

18

/ / /

19

/ / /

20

/ / /

21

22

23

24

25

26

27

28

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

1  WHEREFORE, JFC and Kaneda respectfully requests that the above-captioned action

2  now pending in the Eighth Judicial District Court, in Clark County, Nevada be removed to

3  United States District Court for the District of Nevada, and that said District Court assume

4  jurisdiction of this action and enter such other and further orders as may be necessary to

5  accomplish the requested removal.

6  DATED this _____ day of June, 2017.

7

8  Respectfully submitted,

9  RAY LEGO & ASSOCIATES

10

11  TIMOTHY F. HUNTER, ESQ.

12  Nevada Bar No. 010622
   7450 Arroyo Crossing Parkway, Suite 250

13  Las Vegas, NV  89113

14  Attorney for Defendants, **JFC**
   **INTERNATIONAL, INC.; MASAKAZU**

15  **KANEDA**

16

17

18

19

20

21

22

23

24

25

26

27

28

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

4

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify that I am an employee of RAY LEGO & ASSOCIATES and that on the 2ND day of June, 2017 I caused the foregoing **NOTICE OF REMOVAL** to be served as follows:

    __X__   pursuant to N.E.F.C.R. 9 by serving it via electronic service.

    _____   by placing a true and correct copy in the United States mail, at Las Vegas, Nevada, first class, postage fully prepaid.

    _____   transmitting a true and correct copy thereof via facsimile to the numbers listed on the attached service list.

    _____   by hand delivery of a true and correct copy thereof to the above on this date.

    _____   by Transmission of a true and correct copy thereof via e-mail to the IPO addresses shown on the attached service list.

To the attorneys listed below:

Don C. Tingey, Esq., SNB #001373
TINGEY INJURY LAW FIRM
2001 W. Charleston Blvd.
Las Vegas, NV 89102
dct@tingeylawfirm.com
P: 702/333-0000
F: 702/333-0001
Attorneys for Plaintiff, **FREDY OLVERA-MARTINEZ**

_An employee of RAY LEGO & ASSOCIATES_

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

# EXHIBIT A

# EXHIBIT A

Electronically Filed
5/2/2017 3:24 PM
Steven D. Grierson
CLERK OF THE COURT

1. ACOM
Kyle A. Stucki, Esq.
2. Nevada Bar No: 12646
Stucki Injury Law
3. 1980 Festival Plaza Drive, #300
Las Vegas, Nevada 89135
4. Telephone:  (385) 210·1234
Facsimile:  (385) 210·1234
5. Kyle@StuckiInjuryLaw.com

6. Bruce D. Tingey, Esq.
Nevada Bar No. 5151
7. Tingey & Tingey
2001 W. Charleston Blvd.
8. Las Vegas, Nevada 89102
Telephone: (702) 333·0000
9. Facsimile:  (702) 333·0001
bruce@tingeylawfirm.com
10. Attorney for Plaintiff

11.                     DISTRICT COURT

12.                 CLARK COUNTY, NEVADA

13. FREDY OLVERA-MARTINEZ,            Case No: A-17-751173-C
14.                                    Dept No: XXVI
                Plaintiff,
15. vs.

16. JFC INTERNATIONAL, INC., MASAKAZU
KANEDA and DOES III through X, inclusive,
17.
                Defendants.
18.

19.              FIRST AMENDED COMPLAINT
                 AND DEMAND FOR JURY TRIAL
20.      (Arbitration Exemption Claimed: Value in Excess of $50,000.00)

21.      COMES NOW plaintiff Fredy Olvera-Martinez, by and through his attorney, Bruce D.

22. Tingey, Esq. of the law firm Tingey & Tingey, and for a cause of action against the defendants, and

23. each of them, for damages and injuries sustained on or about December 16, 2015, alleges, on

24. information and belief, as follows:

25.                         THE PARTIES

26.      1.    At all times relevant, plaintiff Fredy Olvera-Martinez is a resident of Clark County,

27. Nevada.

28.      2.    At all times relevant, defendant JFC International, Inc. (an entity related to Kikkoman

29. Corporation) is a corporation or other business entity, doing business in Clark County, Nevada.

30.      3.    At all times relevant, defendant Masakazu Kaneda is a resident of California.

Tingey & Tingey
Law Firm
2001 W. Charleston Blvd.
Las Vegas, Nevada 89102
(702) 333·0000 / Fax: (702) 333·0001

4.     The true names and capacities of defendants Doe III through X, inclusive, are unknown at this time and may be individuals, partnerships or corporations.  The plaintiff alleges that each of the defendants designated herein as Doe defendant is responsible in some manner for the damages as herein alleged and is further the agent, servant, master, employee or employer of one another, and is operating within the course and scope of their duties or is otherwise established in another type of relationship that will support a finding of joint and several liability.

### THE FACTS

5.     On or about December 16, 2015, in Clark County, Nevada, defendant Masakazu Kaneda was operating a vehicle that collided with a vehicle operated by plaintiff Fredy Olvera-Martinez.

6.     At all times relevant, defendant Masakazu Kaneda was acting within the course and scope of his employment with defendant JFC International, Inc.

7.     At all times relevant, the vehicle defendant Masakazu Kaneda operated was owned by defendant JFC International, Inc.

8.     More specifically, the collision occurred at or about 6:36 p.m. on Wednesday, December 16, 2015 on Decatur Boulevard at or near the intersection with Pennwood Avenue in Las Vegas, Nevada.

9.     At or about this time and location, plaintiff Fredy Olvera-Martinez was operating a vehicle northbound on Decatur Boulevard, but he was stopped at or near the intersection with Pennwood Avenue because of a red traffic signal for his lane of travel.

10.     At or about this same time and location, defendant Masakazu Kaneda was operating a vehicle behind the vehicle operated by plaintiff Fredy Olvera-Martinez.

11.     A collision occurred because defendant Masakazu Kaneda failed to stop his vehicle and while still moving forward at a significant rate of speed, defendant Masakazu Kaneda caused the front end of his vehicle to crash into the rear end of the vehicle operated by plaintiff Fredy Olvera-Martinez.

12.     As a result of the collision, plaintiff Fredy Olvera-Martinez was injured and suffered other damages.  He went to the emergency room of a hospital for emergency treatment of injuries he sustained in the collision.  After being released from the hospital, he followed up with other qualified medical professionals for additional treatment of injuries he sustained in the collision

TINGEY & TINGEY
LAW FIRM
2001 W. CHARLESTON BLVD.
LAS VEGAS, NEVADA 89102
(702) 333-0000 / FAX: (702) 333-0001

1. caused by the negligence of the defendants.  Presently he is recommended for back surgery.  And

2. presently the total amount of known special damages is $249,451.66 with additional special

3. damages being incurred.  He has also suffered and will continue to suffer from general damages of

4. pain and suffering.

5.

6. CLAIMS FOR RELIEF

7. FIRST CAUSE OF ACTION: NEGLIGENCE
*(Against defendant Masakazu Kaneda)*

8.

9. 13.    The plaintiff incorporates herein by reference all allegations within this amended

10. complaint and further alleges as follows:

11. 14.    At all times relevant, defendant Masakazu Kaneda owed a duty to the plaintiff,

12. including a duty of due care, but breached that duty when the defendant operated a vehicle in

13. such a negligent, reckless and careless manner so as to cause the collision described above.

14. 15.    Further, at all times relevant, defendant Masakazu Kaneda violated the laws, statutes

15. and ordinances that govern within the State of Nevada, including traffic laws.  The plaintiff

16. belonged to the class of persons the laws, statutes and ordinances were designed to protect.  The

17. defendant's violations of the laws, statutes and ordinances constitute negligence per se.

18. 16.    As a proximate cause of the negligence of defendant Masakazu Kaneda, the plaintiff

19. was injured and damaged in a manner as alleged herein.

20.

21. SECOND CAUSE OF ACTION: NEGLIGENCE (RESPONDEAT SUPERIOR)
*(Against defendant JFC International, Inc.)*

22. 17.    The plaintiff incorporates herein by reference all allegations within this amended

23. complaint and further alleges as follows:

24. 18.    At all times relevant, defendant Masakazu Kaneda was acting within the course and

25. scope of employment with defendant JFC International, Inc.

26. 19.    As such, defendant JFC International, Inc. is legally responsible (vicariously liable) for

27. the negligent conduct of defendant Masakazu Kaneda as alleged herein.

28. 20.    As a proximate cause of the negligence of defendant Masakazu Kaneda, which is

29. imputed to defendant JFC International, Inc., the plaintiff was injured and damaged.

30.

TINGEY & TINGEY<br>LAW FIRM<br>2001 W. CHARLESTON BLVD.<br>LAS VEGAS, NEVADA 89102<br>(702) 333-0000 / FAX: (702) 333-0001

3

TINGEY & TINGEY
LAW FIRM
2001 W. CHARLESTON BLVD.
LAS VEGAS, NEVADA 89102
(702) 333-0000 / FAX: (702) 333-0001

## THIRD CAUSE OF ACTION: NEGLIGENT HIRING / TRAINING / SUPERVISION
*(Against defendant JFC International, Inc.)*

21.    The plaintiff incorporates herein by reference all allegations within this amended complaint and further alleges as follows:

22.    At all times relevant, defendant Masakazu Kaneda was acting within the course and scope of employment with defendant JFC International, Inc.

23.    At all times relevant, defendant JFC International, Inc. was negligent in the manner in which it hired, trained and supervised defendant Masakazu Kaneda.

24.    As a result, defendant Masakazu Kaneda operated a vehicle in such a negligent, reckless and careless manner so as to cause it to collide into a vehicle operated by the plaintiff.

25.    As a proximate cause of the negligence of defendant JFC International, Inc., the plaintiff was injured and damaged.

## FOURTH CAUSE OF ACTION: NEGLIGENT ENTRUSTMENT
*(Against defendant JFC International, Inc.)*

26.    The plaintiff incorporates herein by reference all allegations within this amended complaint and further alleges as follows:

27.    At all times relevant, defendant JFC International, Inc. was the owner of the vehicle that defendant Masakazu Kaneda operated in the collision described above.

28.    In so entrusting the vehicle to defendant Masakazu Kaneda, defendant JFC International, Inc. was negligent in that it knew or should have known that defendant Masakazu Kaneda was an unsafe driver.

29.    As a proximate cause of the negligence of defendant JFC International, Inc., the plaintiff was injured and damaged.

## CAUSATION AND DAMAGES

30.    The plaintiff incorporates herein by reference all allegations within this amended complaint and further alleges as follows:

31.    As a direct and proximate result of all the foregoing, the plaintiff was injured in and about the spine, body, limbs, organs and systems, and was otherwise injured and caused to suffer great pain of body and mind, and some or all of the same are permanent and disabling conditions, all for the plaintiff's past and future general damages in excess of $10,000.00.

32.     As a further direct and proximate result of all the foregoing, the plaintiff was caused and will be caused to expend monies for medical care and expenses incidental thereto, in an amount according to proof.

33.     As a further direct and proximate result of all the foregoing, the plaintiff was caused and will be caused to suffer a loss of income and an impairment of earning capacity, in an amount according to proof.

34.     As a further direct and proximate result of all the foregoing, the plaintiff has suffered damages related to the property damage of a vehicle, including repairs, towing expenses, storage expenses, loss of use, a property damage deductible, rental costs, loss of value and other incidental damages, in an amount according to proof.

35.     The plaintiff has been required to hire an attorney to prosecute this action and is entitled to reasonable attorney fees and cost of suit.

### PRAYER FOR RELIEF

WHEREFORE, the plaintiff prays judgment against the defendants, and each of them, jointly and severally, as follows:

1.  General damages in excess of $10,000.00;

2.  Damages for medical expenses in an amount according to proof;

3.  Damages for loss of income in an amount according to proof;

4.  Damages for property damage-related claims in an amount according to proof;

5.  Reasonable attorney's fees and cost of suit; and

6.  Any further relief which the court may deem just and proper in the premises.

Dated this 26th day of April 2017.

Tingey & Tingey

Bruce D. Tingey, Esq.
2001 W. Charleston Blvd.
Las Vegas, Nevada 89102

Kyle A. Stucki, Esq.
Stucki Injury Law
1980 Festival Plaza Drive, #300
Las Vegas, Nevada 89135

Attorney for Plaintiff

TINGEY & TINGEY
LAW FIRM
2001 W. CHARLESTON BLVD.
LAS VEGAS, NEVADA 89102
(702) 333-0000 / FAX: (702) 333-0001

5

1.
## DEMAND FOR JURY TRIAL

2.     FURTHER, the plaintiff hereby demands a JURY TRIAL of all of the issues in the above

3. matter.

4.     Dated this 26th day of April 2017.

5.                         Tingey & Tingey

6.

7.                         Bruce D. Tingey, Esq.
                          2001 W. Charleston Blvd.
8.                         Las Vegas, Nevada 89102

9.                         Kyle A. Stucki, Esq.
                          Stucki Injury Law
10.                        1980 Festival Plaza Drive, #300
                          Las Vegas, Nevada 89135
11.
                          Attorney for Plaintiff
12.

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

28.

29.

30.

TINGEY & TINGEY
LAW FIRM
2001 W. CHARLESTON BLVD.
LAS VEGAS, NEVADA 89102
(702) 333-0000 / FAX: (702) 333-0001

6

# EXHIBIT B

# EXHIBIT B

Electronically Filed
6/2/2017 9:22 AM
Steven D. Grierson
CLERK OF THE COURT



**NOTC**
TIMOTHY F. HUNTER, ESQ.
Nevada Bar No. 010622
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV 89113
Tel:    (702) 479-4350
Fax:    (702) 270-4602
tfhunter@travelers.com

Attorney for Defendants,
**JFC INTERNATIONAL, INC.;**
**MASAKAZU KANEDA**

## DISTRICT COURT

## CLARK COUNTY, NEVADA

FREDY OLVERA-MARTINEZ,

            Plaintiff,

vs.

JFC INTERNATIONAL, INC.; MASAKAZU
KANEDA and DOES I through X, inclusive,

            Defendants.

**CASE NO.: A-17-751173-C**

**DEPT. NO.: XXVI**

## NOTICE OF REMOVAL

TO:    CLERK OF THE COURT FOR DISTRICT COURT, CLARK COUNTY, NEVADA

TO:    ALL PARTIES HERETO AND THEIR ATTORNEYS

    Please take notice that Defendant, JFC INTERNATIONAL, INC. and MASAKAZU

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

1

1  KANEDA have removed this action to the U.S. District Court for the District of Nevada

2  pursuant to 28 U.S.C. §1332, 1441, and 1446.

3      DATED this 2nd day of June, 2017.

Respectfully submitted,

RAY LEGO & ASSOCIATES

#D726
for

TIMOTHY F. HUNTER, ESQ., #010622
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV  89113
Attorney for Defendants, **JFC
INTERNATIONAL, INC.; MASAKAZU
KANEDA**

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

2

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify that I am an employee of RAY LEGO & ASSOCIATES and that on the _2nd_ day of June, 2017 I caused the foregoing **NOTICE OF REMOVAL** to be served as follows:

_X___ pursuant to N.E.F.C.R. 9 by serving it via electronic service.

To the attorneys listed below:

Don C. Tingey, Esq., SNB #001373
TINGEY INJURY LAW FIRM
2001 W. Charleston Blvd.
Las Vegas, NV 89102
dct@tingeylawfirm.com
P: 702/333-0000
F: 702/333-0001
Attorneys for Plaintiff, **FREDY OLVERA-MARTINEZ**

An employee of RAY LEGO & ASSOCIATES

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

3