# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FREDY OLVERA-MARTINEZ, | Case No. 2:17-cv-01564-MMD-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| JFC INTERNATIONAL, INC. and KANEDA MASAKAZU, | |
| Defendants. | |

This matter is before the Court on the parties' Joint Discovery Plan and Scheduling Order (ECF No. 14) filed August 14, 2017. The proposed Order before the Court does not comply with the requirements of LR 26-1. LR 26-1(b)(1) sets a period of 180 days as a presumptively reasonable amount of time in which to conduct discovery. The 180 days is measured from the date the first defendant answered or otherwise appeared. Discovery plans requesting longer than 180 days from the date the first defendant answers or appears require special scheduling review. The proposed Scheduling Order before the Court requests 270 days from the date the first defendant appeared until February 28, 2018. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Discovery Plan and Scheduling Order filed (ECF No. 14) is **denied**, without prejudice.

**IT IS FURTHER ORDERED** that the parties are to file a revised Discovery Plan and Scheduling Order in compliance with LR 26-1(b), including any request for special scheduling review, within seven (7) days of the date of this order.

DATED this 15th day of August, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge