ORIGINAL

1  **SODW**
   TIMOTHY F. HUNTER, ESQ.
2  Nevada Bar No. 010622
   RAY LEGO & ASSOCIATES
3  7450 Arroyo Crossing Parkway, Suite 250
   Las Vegas, NV  89113
4  Tel:    (702) 479-4350
   Fax:    (702) 270-4602
5  tfhunter@travelers.com

6  Attorney for Defendants,
   **JFC INTERNATIONAL, INC.;**
7  **MASAKAZU KANEDA**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREDY OLVERA-MARTINEZ, | CASE NO.: 2:17-cv-01564-MMD-GWF |
| Plaintiff, | |
| vs. | |
| JFC INTERNATIONAL, INC.; MASAKAZU KANEDA and DOES I through X, inclusive, | |
| Defendants. | |

**STIPULATION AND ORER FOR DISMISSAL WITH PREJUDICE OF THE CLAIMS OF FREDY OLVERA-MARTINEZ**

IT IS HEREBY STIPULATED by and between the Plaintiff, FREDY OLVERA-MARTINEZ, and Defendants, JFC INTERNATIONAL, INC. and MASAKAZU KANEDA, parties hereto, by and through their respective counsel, Kyle Stucki, Esq. of Stucki Injury Law for Plaintiff and Timothy F. Hunter, Esq. of Ray Lego & Associates for Defendants, JFC International and Masakazu Kaneda, that this matter be dismissed, with prejudice, each party to bear their own costs and attorney fees.

/ / /

/ / /

/ / /

/ / /

1

1   IT IS FURTHER STIPULATED THAT no trial date has been scheduled in this matter.

2   DATED this **29** day of **MAY**, 2018        DATED this **18** day of **JUNE**, 2018

3   **STUCKI INJURY LAW**                          **RAY LEGO & ASSOCIATES**

5   _____                      _____
    KYLE A. STUCKI, ESQ., #012646                  TIMOTHY F. HUNTER, ESQ., #010622
6   1980 Festival Plaza Drive, Suite 300           7450 Arroyo Crossing Pkwy, #250
    Las Vegas, NV 89135                            Las Vegas, Nevada 89113
7   Attorney for Plaintiff,                        Attorneys for Defendants, **JFC**
    **FREDY OLVERA-MARTINEZ**                      **INTERNATIONAL, INC.;**
8                                                  **MASAKAZU KANEDA**

10  ///
11  ///
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///

2

| | |
|---|---|
| CASE NO. CASE NO.: 2:17-cv-01564-MMD-GWF | FREDY OLVERA-MARTINEZ vs. JFC INTERNATIONAL, INC.; MASAKAZU KANEDA |
| | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF THE CLAIMS OF PLAINTIFF FREDY OLVERA-MARTINEZ |

## ORDER

Upon stipulation of the parties, by and through their respective counsel of record and representation having been made that there is no trial date presently set for this matter; it is hereby,

ORDERED, ADJUDGED AND DECREED that the Complaint for the claims of Plaintiff, FREDY OLVERA-MARTINEZ, filed in the above-entitled case be hereby dismissed with prejudice, each party to bear its own costs and fees.

IT IS SO ORDERED this _____ day of _____, 2018.

_____
U.S. MAGISTRATE JUDGE

Submitted by,

RAY LEGO & ASSOCIATES

_____
TIMOTHY F. HUNTER, ESQ., #010622
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV  89113

Attorney for Defendants, **JFC INTERNATIONAL, INC.; MASAKAZU KANEDA**

3