ORIGINAL

**SODW**
TIMOTHY F. HUNTER, ESQ.
Nevada Bar No. 010622
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV 89113
Tel: (702) 479-4350
Fax: (702) 270-4602
tfhunter@travelers.com

Attorney for Defendants,
**JFC INTERNATIONAL, INC.;**
**MASAKAZU KANEDA**

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FREDY OLVERA-MARTINEZ,

Plaintiff,

vs.

JFC INTERNATIONAL, INC.; MASAKAZU KANEDA and DOES I through X, inclusive,

Defendants.

**CASE NO.: 2:17-cv-01564-MMD-GWF**

**STIPULATION AND ORER FOR DISMISSAL WITH PREJUDICE OF THE CLAIMS OF FREDY OLVERA-MARTINEZ**

IT IS HEREBY STIPULATED by and between the Plaintiff, FREDY OLVERA-MARTINEZ, and Defendants, JFC INTERNATIONAL, INC. and MASAKAZU KANEDA, parties hereto, by and through their respective counsel, Kyle Stucki, Esq. of Stucki Injury Law for Plaintiff and Timothy F. Hunter, Esq. of Ray Lego & Associates for Defendants, JFC International and Masakazu Kaneda, that this matter be dismissed, with prejudice, each party to bear their own costs and attorney fees.

///

///

///

///

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in this matter.

DATED this 29 day of MAY, 2018

**STUCKI INJURY LAW**

KYLE A. STUCKI, ESQ., #012646
1980 Festival Plaza Drive, Suite 300
Las Vegas, NV 89135
Attorney for Plaintiff,
**FREDY OLVERA-MARTINEZ**

DATED this 18 day of JUNE, 2018

**RAY LEGO & ASSOCIATES**

TIMOTHY F. HUNTER, ESQ., #010622
7450 Arroyo Crossing Pkwy, #250
Las Vegas, Nevada 89113
Attorneys for Defendants, **JFC INTERNATIONAL, INC.; MASAKAZU KANEDA**

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

CASE NO. CASE NO.: 2:17-cv-01564-MMD-GWF

**FREDY OLVERA-MARTINEZ vs. JFC INTERNATIONAL, INC.; MASAKAZU KANEDA**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF THE CLAIMS OF PLAINTIFF FREDY OLVERA-MARTINEZ**

**ORDER**

Upon stipulation of the parties, by and through their respective counsel of record and representation having been made that there is no trial date presently set for this matter; it is hereby,

ORDERED, ADJUDGED AND DECREED that the Complaint for the claims of Plaintiff, FREDY OLVERA-MARTINEZ, filed in the above-entitled case be hereby dismissed with prejudice, each party to bear its own costs and fees.

IT IS SO ORDERED this 20th day of June, 2018.

U.S. ~~MAGISTRATE~~ JUDGE

Submitted by,

RAY LEGO & ASSOCIATES

TIMOTHY F. HUNTER, ESQ., #010622
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV 89113

Attorney for Defendants, **JFC INTERNATIONAL, INC.; MASAKAZU KANEDA**

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

**SODW**
TIMOTHY F. HUNTER, ESQ.
Nevada Bar No. 010622
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV 89113
Tel: (702) 479-4350
Fax: (702) 270-4602
tfhunter@travelers.com

Attorney for Defendants,
**JFC INTERNATIONAL, INC.;**
**MASAKAZU KANEDA**

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FREDY OLVERA-MARTINEZ,<br><br>Plaintiff,<br><br>vs.<br><br>JFC INTERNATIONAL, INC.; MASAKAZU KANEDA and DOES I through X, inclusive,<br><br>Defendants. | **CASE NO.: 2:17-cv-01564-MMD-GWF** |

**STIPULATION AND ORER FOR DISMISSAL WITH PREJUDICE OF THE CLAIMS OF FREDY OLVERA-MARTINEZ**

IT IS HEREBY STIPULATED by and between the Plaintiff, FREDY OLVERA-MARTINEZ, and Defendants, JFC INTERNATIONAL, INC. and MASAKAZU KANEDA, parties hereto, by and through their respective counsel, Kyle Stucki, Esq. of Stucki Injury Law for Plaintiff and Timothy F. Hunter, Esq. of Ray Lego & Associates for Defendants, JFC International and Masakazu Kaneda, that this matter be dismissed, with prejudice, each party to bear their own costs and attorney fees.

///

///

///

///

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in this matter.

DATED this 29 day of MAY, 2018

**STUCKI INJURY LAW**

KYLE A. STUCKI, ESQ., #012646
1980 Festival Plaza Drive, Suite 300
Las Vegas, NV 89135
Attorney for Plaintiff,
**FREDY OLVERA-MARTINEZ**

DATED this 18 day of JUNE, 2018

**RAY LEGO & ASSOCIATES**

TIMOTHY F. HUNTER, ESQ., #010622
7450 Arroyo Crossing Pkwy, #250
Las Vegas, Nevada 89113
Attorneys for Defendants, **JFC INTERNATIONAL, INC.; MASAKAZU KANEDA**

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

**CASE NO. CASE NO.: 2:17-cv-01564-MMD-GWF**

**FREDY OLVERA-MARTINEZ vs. JFC INTERNATIONAL, INC.; MASAKAZU KANEDA**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF THE CLAIMS OF PLAINTIFF FREDY OLVERA-MARTINEZ**

**ORDER**

Upon stipulation of the parties, by and through their respective counsel of record and representation having been made that there is no trial date presently set for this matter; it is hereby,

ORDERED, ADJUDGED AND DECREED that the Complaint for the claims of Plaintiff, FREDY OLVERA-MARTINEZ, filed in the above-entitled case be hereby dismissed with prejudice, each party to bear its own costs and fees.

IT IS SO ORDERED this _______ day of ______________________, 2018.

______________________________
U.S. MAGISTRATE JUDGE

Submitted by,

RAY LEGO & ASSOCIATES

______________________________
TIMOTHY F. HUNTER, ESQ., #010622
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV 89113

Attorney for Defendants, **JFC INTERNATIONAL, INC.; MASAKAZU KANEDA**